UNITED STATES BANKRUPTCY COURT    EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF:

    DAVID J. NEUMANN
    KATHRYN M. NEUMANN,
    Debtors.

Case No. 11-21089 MDM

CHAPTER 13

## MOTION FOR APPROVAL OF INTERIM ATTORNEY FEES AS ADMINISTRATIVE EXPENSE

Now comes Hanson & Payne, LLC, (the "Applicant"), counsel to the debtors in these Chapter 13 proceedings, and hereby applies to the Court pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedures, for an Order approving the attorney fees for services rendered and reimbursement of expenses in the following amounts as an administrative expense of the estate, which represent actual and necessary services rendered and expenses incurred during the pendency of the Chapter 13 proceeding. In support hereof, Applicant shows as follows:

1. Applicant is a law firm with its principal place of business located at 740 N. James Lovell St., Milwaukee, Wisconsin 53233.

2. Applicant is the attorney for the debtors in the above referenced Chapter 13 case. Applicant has rendered services for the debtors with respect to representing the debtors relative to claims that have been filed, resolving issues relative to proposing a feasible Chapter 13 Plan, and dealing with many variable issues concerning a very complex

Document Prepared By:
Dayten P. Hanson
Hanson & Payne, LLC
740 N. James Lovell St.
Milwaukee, Wisconsin 53233
Phone (414) 271-4550
Fax (414) 271-7731

Chapter 13 case. An itemized listing of the above-referenced services is attached hereto as **Exhibit A** and incorporated herein by reference.

3. Performance of all legal services for the debtors was necessary herein and required the assistance of an attorney.

4. All of the services provided by the Applicant, including, but not limited to those described in paragraph 2, above, were necessary and of benefit to the debtors and the estate.

5. All professional services for which compensation is requested were performed by the Applicant, for or on behalf of the debtors and the estate, and not on behalf of any other person.

6. No agreement exists for the sharing of compensation with any party other than the Applicant for or in connection with this case.

7. Applicant performed services at the rate of $275.00 per hour for attorney time, and $95.00 per hour for law clerk/paralegal time, and such rates were the normal rate of Applicant for services of this nature at the time that the services were performed. The Applicant seeks 36 hours of attorney time, and 5.1 hours of law clerk/paralegal time. In addition, Applicant has incurred or will incur un-reimbursed costs in the amount of $126.15 relative to photocopy charges and postage. Accordingly, the Applicant is requesting allowance of its interim fees in this case in the amount of $6,156.15.

8. Prior to this application, the total attorney fee previously approved by the court was $0.00. The Applicant received $2,000.00 from the debtors prior to the filing of the case with the balance of the fees to be paid through the debtors' plan. The Applicant has been paid $1,500.00 by the Chapter 13 trustee through the Plan. Accordingly, the Applicant

has been paid $3,500.00 thru the date of this application. The Applicant is requesting an allowance of fees/costs in this case in the amount of $2,530.00 for fees, plus $126.15 for costs, with the balance that remains owing to be paid through the plan $2,656.15 through December 2, 2014.

Wherefore, the Applicant prays that an order be entered approving the attorney's fees of the Applicant in the amount of $6,030.00 and approving costs in the amount of $126.15, for a total allowance of $6,156.15, and directing the trustee to pay the balance of such claim as an administrative expense of the estate, and granting such other relief as is just and meet.

Respectfully submitted this 23rd day of December, 2014.

                              HANSON & PAYNE LLC

                              /s/ Dayten P. Hanson
                              Dayten P. Hanson
                              State Bar No. 1018968
                              Attorney for Debtor

**P.O. Address**:
740 N. James Lovell St.
Milwaukee, Wisconsin 53233
(414) 271-4550
(414) 271-7731 (fax)
dph@hansonpayne.com

# PREBILL WORKSHEET

|   |   |
|---|---|
| [ ] Prepare Bill | [ ] Bill with noted modifications |
| [ ] Flat Bill at $ _____ | |
| [ ] Hold Bill | [ ] Apply Trust (see below) |
| [ ] Apply Total Amount in Trust to bill. | |
| [ ] Apply $_____ in Trust to bill. | |
| [ ] Do not apply Trust to next bill. | |
| [ ] See additional instructions/notes below | |

**CLIENT:**

David & Kathryn Neumann
N25 W22463 Ridgewood Ln.
Waukesha, Wisconsin 53186

|   |   |
|---|---|
| Int. Lwyr: | |
| RE: Neumann, David & Kathryn - Chapter 13 | Resp.Lwyr.: JR |
| | Client ID: 4077 |
| | Matter ID: 4077-001 |
| | Run Date: 12/23/14 |
| Disbursement Option: | Bill to Date: 12/23/14 |
| | Bill Type: No Quote |

| | | NOTES FROM FILE: | OTHER NOTES: |
|---|---|---|---|
| Previous Balance: | $3,584.00 | | |
| Payments on Prev. Bal.: | $3,584.00 | | |
| Balance Forward + Int.: | $3,584.00 | | |
| Trust Retainer Bal: | $0.00 | | |
| Gen Retainer Bal: | $0.00 | | |

## TIMEKEEPER SUMMARY

| | | |
|---|---|---|
| DPH | 3.40 | 935.00 |
| CMJ | 31.90 | 8,772.50 |
| JR | 0.70 | 192.50 |
| KN | 0.10 | 9.50 |
| CLH | 0.10 | 9.50 |
| PARA | 4.90 | 450.50 |

## TIME & FEE ENTRIES FOR NEXT BILL

# of time/fees: 89

| Date | Ent # | Tkpr. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12.28.10 | 121992 | CMJ | Telephone call from Kathryn Neumann re bankruptcy and business. | 0.30 | $275.00 | 82.50 |
| 01.03.11 | 122188 | CMJ | Run credit report. Review bank statements, pay stubs and list of creditors. Prepare CMI and Schedule D and F. | 1.50 | $275.00 | 412.50 |
| 01.04.11 | 122202 | CMJ | E-mail correspondence with Kathryn Neumann | 0.20 | $275.00 | 55.00 |
| 01.05.11 | 237534 | CMJ | Telephone call to Kathryn Neumann returning her call. Telephone call from Kathryn Neumann re payments to creditors | 0.40 | $275.00 | 110.00 |
| 01.06.11 | 122219 | CMJ | E-mail correspondence with Kathryn Neumann re draft of CMI. Telephone call to Kathryn Neumann re Chapter 7 versus Chapter 13. | 0.70 | $275.00 | 192.50 |
| 01.07.11 | 122227 | CMJ | E-mail from Kate re tax refund. Review loan documents. E-mail correspondence with clients re loan and tax refund and payment. E-mail from Dave re loan documents. | 0.60 | $275.00 | 165.00 |

EXHIBIT A

| Date | ID | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01.14.11 | 237535 | CMJ | Telephone call from Kathryn Neumann re student loans and payments to creditors. Review issues relating to student loans. | 0.70 | $275.00 | 192.50 |
| 01.18.11 | 122609 | CMJ | Review issues relating to dischargeability of career training loan. E-mail from Kate re blog on career training loan. E-mail from Dave re accreditation. | 1.20 | $275.00 | 330.00 |
| 01.20.11 | 122942 | CMJ | Telephone call to Kathryn Neumann re attorney fee and career training loan. | 0.20 | $275.00 | 55.00 |
| 01.25.11 | 123224 | CMJ | Telephone call from Kathryn Neumann re filing timeline. Review file to check status. Prepare Chapter 13 Retainer Agreement. Prepare draft of Chapter 13 plan. | 1.00 | $275.00 | 275.00 |
| 01.26.11 | 123237 | CMJ | E-mail correspondence with clients re draft of schedules. | 0.10 | $275.00 | 27.50 |
|  | 123274 | PARA | Entered information into schedules | 1.50 | $85.00 | 127.50 |
| 01.27.11 | 123256 | CMJ | Prepare Chapter 13 plan and amend budget. E-mail from Kate re draft of schedules. Update Schedule F. Review issues relating to payments to elderly parents. | 1.70 | $275.00 | 467.50 |
|  | 123259 | CMJ | Telephone call to Kathryn Neumann re meeting. | 0.10 | $275.00 | 27.50 |
| 01.28.11 | 123362 | CMJ | Meeting to sign schedules. Finalize schedules. File case. | 1.60 | $275.00 | 440.00 |
| 01.31.11 | 123713 | CMJ | Review and revise Chapter 13 plan. E-mail correspondence with clients re revised plan. | 0.60 | $275.00 | 165.00 |
| 02.01.11 | 124390 | CMJ | Review and revise Chapter 13 Plan. Prepare additional plan provisions. E-mail correspondence with clients re Chapter 13 plan. | 0.60 | $275.00 | 165.00 |
| 02.03.11 | 124458 | CMJ | E-mail correspondence with trustee re documents. | 0.20 | $275.00 | 55.00 |
| 02.17.11 | 125836 | CMJ | Review proof of claim submitted by Wells Fargo. Review issues relating to description of security interest. E-mail from Dave re questions. E-mail correspondence with Dave re same. | 0.80 | $275.00 | 220.00 |
| 02.21.11 | 125931 | CMJ | Review letter from Wells Fargo. Conference with Ben re objection to proof of claim. E-mail correspondence with Kathryn and David Neumann re options for proof of claim. | 0.60 | $275.00 | 165.00 |
| 02.23.11 | 126179 | CMJ | Letter to clients re order for payment. | 0.30 | $275.00 | 82.50 |
| 03.01.11 | 127103 | CMJ | Telephone call from Kathryn Neumann re secured claim of Wells Fargo. E-mail from Kate re support payments. | 0.20 | $275.00 | 55.00 |
| 03.02.11 | 127123 | CMJ | Review and revise notice and motion to modify plan. | 0.30 | $275.00 | 82.50 |
|  | 127519 | PARA | Filed Notice and Motion to Modify Plan with the Court. Mailed out Notice and Motion to all creditors. Prepared and filed Affidavit of Mailing with the Court. | 1.00 | $95.00 | 95.00 |
| 03.08.11 | 127769 | CMJ | E-mail from Wells Fargo re security interest. E-mail correspondence with Wells Fargo re amended plan. | 0.20 | $275.00 | 55.00 |
| 03.09.11 | 127964 | CMJ | E-mail from Wells Fargo re secured claim. E-mail correspondence with 'Kathryn Neumann' re secured claim of Wells Fargo. | 0.20 | $275.00 | 55.00 |
| 03.10.11 | 127991 | CMJ | Attendance at 341 meeting. | 0.80 | $275.00 | 220.00 |
| 03.15.11 | 128257 | CMJ | Review and revise current monthly income. E-mail correspondence with clients re questions. | 0.60 | $275.00 | 165.00 |
| 03.22.11 | 128664 | CMJ | Review and revise CMI. E-mail correspondence with clients re paystubs. | 0.40 | $275.00 | 110.00 |
| 03.24.11 | 128679 | CMJ | Review correspondence from client. Update CMI. E-mail correspondence with clients re amended B22C. Telephone call from Kathryn Neumann re amended Form B22C. | 1.00 | $275.00 | 275.00 |
| 03.25.11 | 128683 | CMJ | Prepare Amended B22C. Review and revise Schedules I and J. E-mail from Kate re paystubs. E-mail correspondence with clients re B22C. E-mail correspondence with trustee re paystubs. E-mail correspondence with clients re budget. E-mail correspondence with David Griffieon re secured claim of Wells Fargo. | 1.10 | $275.00 | 302.50 |

| Date | ID | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03.30.11 | 129163 | CMJ | Review and revise budget. E-mail correspondence with clients re budget and Form B22C. Prepare notice and motion to modify Ch. 13 plan. | 0.70 | $275.00 | 192.50 |
| 04.01.11 | 129179 | CMJ | E-mail correspondence with clients re documents. | 0.10 | $275.00 | 27.50 |
| 04.05.11 | 129298 | CMJ | Review 2010 tax returns. E-mail correspondence with trustee re tax returns. Prepare amended SOFA. E-mail correspondence with clients re same. | 0.50 | $275.00 | 137.50 |
| 04.06.11 | 129603 | CMJ | E-mail from Rebecca Garcia re adjourned 341. E-mail correspondence with 'Rebecca Garcia' re expenses on B22C and proof. E-mail correspondence with clients re adjourned 341. Telephone call from Kathryn Neumann re e-mail. E-mail correspondence with clients re child care. Review and revise notice and motion to modify plan. | 1.00 | $275.00 | 275.00 |
| 04.07.11 | 129627 | CMJ | Review Chapter 13 plan. Review and revise Notion and Motion to Modify Plan. E-mail from Kate re child care payments. | 1.00 | $275.00 | 275.00 |
| 04.12.11 | 130277 | CMJ | Review notice and motion to modify plan. E-mail correspondence with clients re motion to modify plan. | 0.40 | $275.00 | 110.00 |
| 04.13.11 | 130601 | PARA | Letter to clients regarding requirement to complete course in personal financial management. | 0.10 | $95.00 | 9.50 |
| 04.14.11 | 130430 | CMJ | E-mail from Kate re taxes. E-mail correspondence with clients re taxes and amended budget. | 0.30 | $275.00 | 82.50 |
| 04.19.11 | 130546 | CMJ | Finalize notice and motion to modify plan. | 0.10 | $275.00 | 27.50 |
| 04.20.11 | 130635 | CMJ | E-mail correspondence with clients re adjourned 341. E-mail from Kate re questions. E-mail to client re plan and taxes. E-mail from Dave re Sallie Mae. E-mail from Kate re recent paystub. E-mail from Dave re recent paystub. E-mail correspondence with clients re amended budget. | 0.80 | $275.00 | 220.00 |
|  | 130616 | PARA | Filed Motion to Modify Plan with the Court. Mailed notice to all creditors. Prepared and filed Affidavit of Mailing. | 1.50 | $95.00 | 142.50 |
| 04.21.11 | 130698 | CMJ | E-mail correspondence with clients re proof of claim by IRS. E-mail from client re surrender of Green Bay property. | 0.20 | $275.00 | 55.00 |
| 04.22.11 | 131014 | CMJ | Letter to State Collection Service and Tri-State Adjustment re violation of stay. Prepare Affidavit of Mailing. Prepare change of address forms for creditors. Review letter from IRS re tax refund for 2009. | 0.80 | $275.00 | 220.00 |
| 04.25.11 | 131020 | CMJ | E-mail correspondence with clients re signed documents. | 0.10 | $275.00 | 27.50 |
| 05.03.11 | 131320 | CMJ | E-mail correspondence with 'Rebecca Garcia' re adjourned 341 meeting. E-mail from Rebecca Garcia re B22C information. E-mail correspondence with 'Rebecca Garcia' re B22C. | 0.30 | $275.00 | 82.50 |
| 05.04.11 | 131913 | CMJ | E-mail from Rebecca Garcia re Lanning adjustment. Conference with Ben re means test issues. E-mail correspondence with 'Rebecca Garcia' re income and taxes. E-mail correspondence with 'Rebecca Garcia' re 341 for Neumann. E-mail from Rebecca Garcia re increased expenses. E-mail from Rebecca Garcia re adjourned date. | 0.70 | $275.00 | 192.50 |
| 05.05.11 | 131923 | CMJ | Prepare Lanning adjustment to Form B22C. E-mail correspondence with Wells Fargo re amended proof of claim. E-mail correspondence with clients re bank statements. E-mail correspondence with 'Rebecca Garcia' re Lanning adjustment. E-mail from Kate re bank statements. Review bank statements. | 1.20 | $275.00 | 330.00 |
| 05.06.11 | 131933 | CMJ | E-mail correspondence with 'Rebecca Garcia' re bank statements. | 0.10 | $275.00 | 27.50 |
| 05.17.11 | 132368 | CMJ | Prepare Affidavit of No Objection to Motion to Modify Plan. | 0.20 | $275.00 | 55.00 |
| 05.23.11 | 132505 | CMJ | E-mail correspondence with 'Rebecca Garcia' re adjourned 341 meeting. | 0.10 | $275.00 | 27.50 |
| 05.25.11 | 132695 | CMJ | E-mail from Rebecca Garcia re adjourned 341. | 0.10 | $275.00 | 27.50 |
| 06.07.11 | 134428 | PARA | Letter to clients regarding signatures needed on B23 forms. | 0.20 | $95.00 | 19.00 |

| Date | ID | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 06.09.11 | 133969 | CMJ | E-mail from Kate Neumann re inquiry on Sallie Mae and proof of claims. Conference with Dayten re proof of claim. | 0.30 | $275.00 | 82.50 |
| 06.10.11 | 133983 | CMJ | E-mail correspondence with 'Kate Neumann' re proof of claim filed by Sallie Mae. E-mail from Kate re question on claim. E-mail correspondence with clients re non- dischargebililty of student loans. | 0.50 | $275.00 | 137.50 |
| 06.15.11 | 134409 | CMJ | E-mail from Jack Zaharopoulos re claims filed. Telephone call to Hon. Pamela Pepper re objection to claim. Prepare objection to claim. File same with court. E-mail correspondence with clients re objection to claim. E-mail correspondence with Wells Fargo re amended proof of claim. | 0.70 | $275.00 | 192.50 |
| 06.16.11 | 134659 | CMJ | Review issues relating to qualifed education loan. | 1.00 | $275.00 | 275.00 |
| 07.05.11 | 135027 | CMJ | E-mail from Kate Neumann re case status. | 0.10 | $275.00 | 27.50 |
| 07.06.11 | 135017 | CMJ | E-mail correspondence with 'Jack Zaharopoulos' re proofs of claim. E-mail correspondence with 'Kate Neumann' re status. | 0.20 | $275.00 | 55.00 |
| 07.19.11 | 136690 | CMJ | Hearing on the debtors' objection to claim #11. Prepare order sustaining objection. | 0.80 | $275.00 | 220.00 |
| 07.25.11 | 137426 | CMJ | E-mail correspondence with clients re hearing on objection. | 0.10 | $275.00 | 27.50 |
| 08.03.11 | 138225 | CMJ | E-mail from Matt Rogers re inquiry from trustee. | 0.10 | $275.00 | 27.50 |
| 08.04.11 | 138216 | CMJ | E-mail correspondence with trustee re student loan payments. | 0.10 | $275.00 | 27.50 |
| 08.08.11 | 138240 | CMJ | E-mail correspondence with 'Kate Neumann' re confirmation of plan. | 0.10 | $275.00 | 27.50 |
| 02.14.12 | 151083 | CMJ | Telephone call to Kathryn Neumann re vehicle and mortgage status. | 0.30 | $275.00 | 82.50 |
| 03.22.12 | 153632 | CMJ | E-mail correspondence with Kathryn Neumann re correspondence from Grays. | 0.10 | $275.00 | 27.50 |
| 06.18.12 | 159419 | CMJ | E-mail from Kate Neumann re budget and new job. E-mail correspondence with 'Kate Neumann' re plan. | 0.20 | $275.00 | 55.00 |
| 08.31.12 | 164217 | CMJ | Letter to clients re case status. | 0.20 | $275.00 | 55.00 |
| 10.17.12 | 166771 | CMJ | Letter to clients re motion for RFS. | 0.20 | $275.00 | 55.00 |
| 02.11.13 | 187409 | DPH | Review motion for RFS, schedules and case status report. email correspondence with Neumann, Kathryn regarding insurance on vehicle and motion for relief from. Process for hard copy letter. | 0.30 | $275.00 | 82.50 |
|  | 187413 | DPH | Call from client. Discuss consumer protection issues and insurance. | 0.20 | $275.00 | 55.00 |
|  | 235890 | DPH | Review statute regarding attorney fees, insurance, and replevin. | 0.30 | $275.00 | 82.50 |
| 02.17.13 | 187467 | DPH | Review file regarding status. Letter to Petitjean regarding 9011 sanctions. E-mail correspondence with Petitjean, John with attached letter. | 0.20 | $275.00 | 55.00 |
|  | 187468 | DPH | E-mail correspondence with Neumann, Kathryn regarding request for attorney fees. | 0.10 | $275.00 | 27.50 |
| 02.18.13 | 187487 | DPH | Telephone call to Petitjean, John regarding settle car as full settlement. | 0.20 | $275.00 | 55.00 |
|  | 187491 | DPH | Work on stipulation. | 0.50 | $275.00 | 137.50 |
| 02.20.13 | 187501 | DPH | E-mail correspondence with Petitjean, John regarding status on the stipulation. | 0.10 | $275.00 | 27.50 |
| 02.21.13 | 187503 | DPH | Review and respond to email regarding motion to lift stay. | 0.10 | $275.00 | 27.50 |
| 06.17.13 | 186695 | KN | Review e-mail from Kathryn Neumann / forward to Dayten | 0.10 | $95.00 | 9.50 |
| 01.21.14 | 237536 | DPH | Review correspondence from client. Review case status report | 0.30 | $275.00 | 82.50 |

| Date | ID | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | and Order confirming plan. E-mail correspondence with Neumann, Jr., David regarding may need a new car. | | | |
| 02.13.14 | 208120 | DPH | Review plan, letter from trustee, Schedules, and claims. Call to client. | 0.40 | $275.00 | 110.00 |
| | 208121 | DPH | Call to client regarding possible plan modification and student loan issue. | 0.40 | $275.00 | 110.00 |
| 02.14.14 | 210212 | JR | Draft notice and request to modify Ch. 13 plan. | 0.20 | $275.00 | 55.00 |
| 04.22.14 | 215413 | JR | Review plan and trustee status website in relation to correspondence received from trustee. | 0.20 | $275.00 | 55.00 |
| | 214922 | CLH | Email to Kathryn Neumann - re - sending 2012 and 2013 copies of tax returns to Ch. 13 trustee | 0.10 | $95.00 | 9.50 |
| 05.05.14 | 217262 | PARA | Pulled documents for Dayten's review. Reviewed correspondence from Trustee. | 0.30 | $95.00 | 28.50 |
| 06.20.14 | 220558 | PARA | Started draft of Notice and Request to Modify Chapter 13 Plan. | 0.30 | $95.00 | 28.50 |
| 08.22.14 | 226641 | JR | Draft notice and request to modify Ch. 13 plan. | 0.30 | $275.00 | 82.50 |
| 12.02.14 | 237540 | DPH | Prepare objection to motion to dismiss. | 0.30 | $275.00 | 82.50 |

## HARD AND SOFT COSTS ON NEXT BILL        # of Disbs:       4

| Date | ID | Code | Description | | | Amount |
|---|---|---|---|---|---|---|
| 03/02/11 | | | | | | 23.60 |
| | 128377 | X0363 | Photocopy Charge for 3/2/11 Mailings - Notice and Motion to Modify Chapter 13 Plan | | | |
| | | | | | | 25.96 |
| | 128376 | X0364 | Postage for 3/2/11 Mailings - Notice and Motion to Modify Chapter 13 Plan | | | |
| 04/20/11 | | | | | | 34.50 |
| | 131175 | X0366 | Photocopy Charge for 4/20/11 Mailings - Notice and Motion to Modify Chapter 13 Plan | | | |
| | | | | | | 42.09 |
| | 131176 | X0367 | Postage for 4/20/11 Mailings - Notice and Motion to Modify Chapter 13 Plan | | | |

## TOTALS

| | | |
|---|---|---|
| Total Time, Fees, Recoveries and Disbursements | | $10,495.65 |
| Total plus previous balance | | **$10,495.65** |
| Interest Owing: (if any) | $0.00 | |
| *Interest Rate:* | *0.00%  %* | |
| **Total Due plus interest (if any)** | | **$10,495.65** |
| **Client New Trust Balance (see trust activity below)** | | **$0.00** |
| **Client Credit/General Retainer Balance** | | **$0.00** |