UNITED STATES BANKRUPTCY COURT          EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF:                            Case No. 11-21089-mdm

    DAVID J. NEUMANN and
    KATHRYN M. NEUMANN,                   Chapter 13
        Debtors.

_____

NOTICE OF APPLICATION FOR APPROVAL OF ATTORNEY FEES
AS ADMINISTRATIVE EXPENSE
_____

Dayten Hanson and Hanson & Payne, LLC, the attorneys for the debtors, have filed papers with the court seeking approval of additional attorney's fees in the total amount of $2,656.15. A complete copy of the application is on file with the court and is available through the court or upon request made to Dayten Hanson at the address listed below.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to approve the application/motion, or if you want the court to consider your views on the said application, then within 21 days of the date of this Notice, you or your attorney must:

    File with the court a written objection at:

        United States Bankruptcy Court
        Room 126, U.S. Courthouse
        517 E. Wisconsin Ave.
        Milwaukee, Wisconsin 53202-4581

If you mail your objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy at the same time to:

    Hanson & Payne, LLC
    Benjamin Payne
    740 N. James Lovell St.
    Milwaukee, Wisconsin 53233

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the application and may enter an order granting that relief.

Respectfully submitted this 23rd day of December, 2014.

                                    HANSON & PAYNE, LLC

                                    /s/ Dayten Hanson
                                    State Bar No. 1018968

740 N. James Lovell St.
Milwaukee, Wisconsin 53233
(414) 271-4550 Phone
(414) 271-7731 Fax